# Invoice

Invoice No.

Invoice Date:

| Billing Period | | |
|---|---|---|

**Provider Number:**

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| | Respite - In-Home | | 14 | $56.98 | $0.00 | $56.98 |
| | Personal Care Attendant | | 336 | $1,468.32 | $0.00 | $1,468.32 |
| | | | 0 | | | $0.00 |
| | **Total Invoice** | | | $1,525.30 | $0.00 | $1,525.30 |

Revised 7/10/08

The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate exceeds the Maximum Rate payable by TennCare.

Signature     Director   Title      3/14/10   Date

Boyd EXHIBIT NO. 11 9-1-10

I certify to the best of my knowledge and belief that the data presented in this Invoice is correct and that all services were provided in accordance with the contract conditions and that payment is due.

# Invoice

Invoice No.

Invoice Date:

| Billing Period | | |
|---|---|---|

**Provider Number:**

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| | Homemaker | | 40 | $817.60 | $0.00 | $817.60 |
| | Personal Care Service | | 100 | $2,052.00 | $0.00 | $2,052.00 |
| | | | 0 | | | $0.00 |
| | Total Invoice | | | $2,869.60 | $0.00 | $2,869.60 |

Revised 7/10/08

* The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate exceeds the Maximum Rate payable by TennCare.

Signature      Title      5/14/10 Date

I certify to the best of my knowledge and belief that the data presented in this Invoice is correct and that all services were provided in accordance with the contract conditions and that payment is due.

# Assistant Home Health Care

**3155 Hickory Hill Road-Suite 202m**
**Memphis, TN. 38115**

**Phone Number (901)746-9799**
**Fax Number (901) 746-9829**

FAX TRANSMITTAL FORM

To: Cinder Jones        From: Rashalda Malone

Name:

CC:                     Date Sent: 5/15/10

Phone: (901) 324-6333

Fax: (901)327-7755      Number of Pages: 3

Message:

•

# Invoice

**Aging Commission of the Mid-South**
**2670 Union Ave. Ext., Suite 1000, 10th Floor**
**Memphis**
**TN   38112-4416**

Invoice No.
**9ln353hp310**
Invoice Date:
**04/09/10**

| Billing Period | 03/01/10 | 03/31/10 |
|---|---|---|

**Assistant Home Health Care**
**3155 Hickory Hill Road Suite 202M**
**Memphis          TN      38115**

**Provider Number: H445353**

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 3 | Homemaker | $20.44 | 32 | $654.08 | $0.00 | $654.08 |
| 4 | Personal Care Service | $20.52 | 76 | $1,559.52 | $0.00 | $1,559.52 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | **Total Invoice** | | | **$2,213.60** | **$0.00** | **$2,213.60** |

Revised 7/10/08

\* The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate exceeds the Maximum Rate payable by TennCare.

Signature _____ Title _DIRECTOR_          Date _4/9/10_

I certify to the best of my knowledge and belief that the data presented in this Invoice is correct and that all services were provided in accordance with the contract conditions and that payment is due.

# Invoice

**Aging Commission of the Mid-South**
2670 Union Ave. Ext., Suite 1000, 10th Floor
**Memphis**
TN   38112-4416

Invoice No.
**9ln353ra310**
Invoice Date:
**04/09/10**

| Billing Period | 03/01/10 | 03/31/10 |
| --- | --- | --- |

**Assistant Home Health Care**
3155 Hickory Hill Road Suite 202M
**Memphis            TN        38115**

**Provider Number: H445353**

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | Respite - In-Home | $4.07 | 0 | $0.00 | $0.00 | $0.00 |
| 14 | Personal Care Attendant | $4.37 | 232 | $1,013.84 | $0.00 | $1,013.84 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | **Total Invoice** | | | **$1,013.84** | **$0.00** | **$1,013.84** |

Revised 7/10/08

\*    The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate exceeds the Maximum Rate payable by TennCare.

_____              4/9/10
Signature          Title                          Date

I certify to the best of my knowledge and belief that the data presented in this Invoice is correct and that all services were provided in accordance with the contract conditions and that payment is due.

# Assistant Home Health Care

3155 Hickory Hill Road-Suite 202m
Memphis, TN. 38115

Phone Number (901)746-9799
Fax Number (901) 746-9829

Web Address
Email: Kendrabasped@yahoo.com

FAX TRANSMITTAL FORM

To: CiNdER JONES
Name:
CC:
Phone: (901) 324-6333
Fax: (901) 327-7755

From: Kashalda MalONE
Date Sent: 4/9/10

Number of Pages: 3

Message:

# Invoice

Aging Commission of the Mid-South
2670 Union Ave. Ext., Suite 1000, 10th Floor
Memphis
TN   38112-4416

Invoice No.
9ln353ra510
Invoice Date:
06/07/10

| Billing Period | 05/01/10 | 05/31/10 |
|---|---|---|

Assistant Home Health Care
3155 Hickory Hill Road Suite 202M
Memphis            TN        38115

**Provider Number:** H445353

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 10 | Respite - In-Home | $4.07 | 0 | $0.00 | $0.00 | $0.00 |
| 14 | Personal Care Attendant | $4.37 | 316 | $1,380.92 | $0.00 | $1,380.92 |
| 0 |  | $0.00 | 0 |  |  | $0.00 |
|  | **Total Invoice** |  |  | **$1,380.92** | **$0.00** | **$1,380.92** |

Revised 7/10/08

Total
4107.04

\* The Contractual Adjustment amount represents the amount by whic
exceeds the Maximum Rate payable by TennCare.

Signature          Title          6/7  Date

I certify to the best of my knowledge and belief that the data pre
is correct and that all services were provided in accordance with
and that payment is due.

# Invoice

Aging Commission of the Mid-South
2670 Union Ave. Ext., Suite 1000, 10th Floor
Memphis
TN   38112-4416

Invoice No.
9ln353hp510
Invoice Date:
06/07/10

| Billing Period | 05/01/10 | 05/31/10 |
|---|---|---|

Assistant Home Health Care
3155 Hickory Hill Road Suite 202M
Memphis          TN       38115

### Provider Number: H445353

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 3 | Homemaker | $20.44 | 38 | $776.72 | $0.00 | $776.72 |
| 4 | Personal Care Service | $20.52 | 95 | $1,949.40 | $0.00 | $1,949.40 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | Total Invoice | | | $2,726.12 | $0.00 | $2,726.12 |

Revised 7/10/08

\* The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate exceeds the Maximum Rate payable by TennCare.

_____   _____          6/7/10
Signature          Title                     Date

I certify to the best of my knowledge and belief that the data presented in this Invoice is correct and that all services were provided in accordance with the contract conditions and that payment is due.



**State of Tennessee**
Commissioner of Finance and Administration
To the Treasurer of the State of Tennessee

FA-0234 {Rev 07/08}

**State of Tennessee Remittance Advice**
**Payment Made Through Automated Clearing House**

**ACH Number**   0000028293

**ASSISTANT HOME HEALTH CARE**

Ste 202M
3155 Hickory Hill Rd
Memphis, TN  38115

**Account Number**          XXXXXX4443
**Deposit Effective Date**  06/25/2010
**Total Payment**           $4,107.04

| Payment Summary | | | | | |
|---|---|---|---|---|---|
| Vendor Number  0000121074 | | | | | |
| Agency Name | Telephone | Invoice Date | Invoice ID | Voucher Number | Paid Amount |
| **TennCare**<br>101018195 | **800/852-2683** | 06/22/2010 | 101018195 | 00157211 | 4,107.04 |

ASSISTANT HOME HEALTH CARE
SUITE 6
HICKORY HILL
MEMPHIS TN 38115-0000
PROVIDER NO.:
CLAIM TYPE: HOME BASED SERVICES
ADJUDICATED CLAIMS

TENNESSEE MEDICAL ASSISTANCE PROGRAM
REMITTANCE ADVICE

NPI:                    REMIT SEQUENCE NUMBER   5

RUN DATE: 06/23/2010
RUN TIME: 01:43
PAGE NO.:
RA NO.:
REMITTANCE DATE: 06/25/2010
TCN: 50,459

| LINE | FROM THRU | UNITS PROC/MOD/R | RECIPIENT ID RECIPIENT NAME | DESCRIPTION | CONTROL NUMBER | BILLED | DENIED CNTL.NUMBER | REIMB PAY.NUMBER | OTH-DED | PAYMENT | HICN | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 128 S6125 | 1102270479316 BEACH, CAPITOLA | THIRD PARTY | | 0.00 | | | | | | |
| 1 | 0501212010 551200 | 18 S6130 | 1102270479316 BEACH, CAPITOLA | ATTENDANT CARE S | 201017300287 | 734.16 | 734.16 | 734.16 | 0.00 | 734.16 | 4255298190 | PAID |
| | | | | CLAIM TOTAL | | 734.16 | 734.16 | 734.16 | 0.00 | 734.16 | | |
| 1 | 0501272010 553120 | 18 S5130 | 1102270479316 BEACH, CAPITOLA | THIRD PARTY | | 0.00 | | | | | | |
| 1 | 0501272010 553120 | 18 S5130 | 1102270479316 BEACH, CAPITOLA | HOMEMAKER SERVICE | 900000000074752 | 367.92 | 367.92 | 367.92 | 0.00 | 367.92 | 4255298190 | PAID |
| | | | | CLAIM TOTAL | | 367.92 | 367.92 | 367.92 | 0.00 | 367.92 | | |
| 1 | 0501212010 553120 | 26 S5125 | 1102270479316 BEACH, CAPITOLA | THIRD PARTY | | 0.00 | | | | | | |
| 1 | 0501212010 553120 | 26 S5125 | 1102270479316 BEACH, CAPITOLA | HOME HEALTH AIDE | 201017300289 | 533.52 | 533.52 | 533.52 | 0.00 | 533.52 | 4255298190 | PAID |
| | | | | CLAIM TOTAL | | 533.52 | 533.52 | 533.52 | 0.00 | 533.52 | | |
| 1 | 1301116566599 | 132 S5125 | 1301116566599 HARRIS, SHIRLEY | THIRD PARTY | | 0.00 | | | | | | |
| 1 | 0501212010 553120 | 132 S5125 | 1301116566599 HARRIS, SHIRLEY | ATTENDANT CARE S | 201017300290 | 576.84 | 576.84 | 576.84 | 0.00 | 576.84 | 35914664SD2 | PAID |
| | | | | CLAIM TOTAL | | 576.84 | 576.84 | 576.84 | 0.00 | 576.84 | | |
| 1 | 1301116566599 | 40 S5125 | 1301116566599 HARRIS, SHIRLEY | THIRD PARTY | | 0.00 | | | | | | |
| 1 | 0501212010 553120 | 40 S5125 | 1301116566599 HARRIS, SHIRLEY | HOME HEALTH AIDE | 201017300291 | 820.80 | 820.80 | 820.80 | 0.00 | 820.80 | 35914664SD2 | PAID |
| | | | | CLAIM TOTAL | | 820.80 | 820.80 | 820.80 | 0.00 | 820.80 | | |
| 1 | 1103374760826 | 18 S5130 UI | 1103374760826 SMITH, ALMA | THIRD PARTY | | 0.00 | | | | | | |
| 1 | 0501212010 553120 | 18 S5130 UI | 1103374760826 SMITH, ALMA | HOMEMAKER SERVICE | 201017300292 | 367.92 | 367.92 | 367.92 | 0.00 | 367.92 | 43192466J7A | PAID |
| | | | | CLAIM TOTAL | | 367.92 | 367.92 | 367.92 | 0.00 | 367.92 | | |
| 1 | 0501212010 553120 | 26 S9122 U2 | 1103374760826 SMITH, ALMA | THIRD PARTY | | 0.00 | | | | | | |
| 1 | 0501212010 553120 | 26 S9122 U2 | 1103374760826 SMITH, ALMA | HOME HEALTH AIDE | 201017300293 | 533.52 | 533.52 | 533.52 | 0.00 | 533.52 | 43192466J7A | PAID |
| | | | | CLAIM TOTAL | | 533.52 | 533.52 | 533.52 | 0.00 | 533.52 | | |
| 1 | 0529292010 553120 | 16 S9122 U2 | 0529292010 THOMPSON, BEULAH | THIRD PARTY | | 0.00 | | | | | | |
| 1 | 0529292010 553120 | 16 S9122 U2 | 0529292010 THOMPSON, BEULAH | ATTENDANT CARE S | 201017300294 | 69.92 | 69.92 | 69.92 | 0.00 | 69.92 | 410481922A | PAID |
| | | | | CLAIM TOTAL | | 69.92 | 69.92 | 69.92 | 0.00 | 69.92 | | |
| 1 | 0529292010 553120 | 2 S5130 UI | 0529292010 THOMPSON, BEULAH | HOMAKER SERVICE | 201017300295 | 40.88 | 40.88 | 40.88 | 0.00 | 40.88 | 410481922A | PAID |
| | | | | EOB CODES | | 40.88 | 40.88 | | | | | |
| | | | | CLAIM TOTAL | | 40.88 | 40.88 | 40.88 | 0.00 | 40.88 | | |
| 1 | 0529292010 | 3 S9122 U2 | 0529292010 THOMPSON, BEULAH | THIRD PARTY | | 0.00 | | | | | | |
| 1 | 0529292010 | 3 S9122 U2 | 0529292010 THOMPSON, BEULAH | HOME HEALTH AIDE | 900000000074760 | 61.56 | 61.56 | 61.56 | 0.00 | 61.56 | 410481922A | PAID |
| | | | | CLAIM TOTAL | | 61.56 | 61.56 | 61.56 | 0.00 | 61.56 | | |

ADJUDICATED CLAIMS TOTALS      10      4107.04      4107.04      4107.04      0.00      4107.04

RUN DATE: 06/23/2010
RUN TIME: 01:43
PAGE NO: 3
REMITTANCE NO: 0100162010
TDHE: 101016795
50,460

TENNESSEE MEDICAL ASSISTANCE PROGRAM
REMITTANCE ADVICE

REMIT SEQUENCE NUMBER    5

ASSISTANT HOME HEALTH CARE
3155 MCKORY HILL
SUITE 202 N
MEMPHIS, TN 38115-0000
PROVIDER NO: H44555-9000

NPI:

EOB DESCRIPTIONS
EOB CODE        DESCRIPTION
6125            HCBS AD-STATEWIDE HOME MAKER EXCEEDED

RUN DATE: 06/23/2010
RUN TIME: 04:43
PAGE NO: 1
RA NO: 1610101210
REMITTANCE DATE: 06/25/2010
TDHE: 50,458

ASSISTANT HOME HEALTH CARE
3155 MCKORY HILL LN
SUITE 202 N
HICKORY, TN 38115-0000
PROVIDER NO: H44353-53

TENNESSEE MEDICAL ASSISTANCE PROGRAM
REMITTANCE ADVICE

NPI:

REMIT SEQUENCE NUMBER    5

PROVIDER BANNER MESSAGES

"I understand that payment and satisfaction of this claim will be from Federal and State funds, and that any false statements, documents, or concealment of a material fact, may be prosecuted under applicable Federal and/or State laws."

At the end of the legislative session, changes were made to the methodologies TennCare uses to make crossover payments on Medicare Part B services delivered on or after July 1, 2009. The TennCare System will have to be re-programmed to accommodate these changes. Until the re-programming has been completed TennCare will continue to pay using the logic in place on June 30, 2009. Once systems changes have been tested and implemented, we will automatically adjust or reprocess any claims for dates of service on or after July 1, 2009, where there would be a change in the payment amount.

In order to better serve both you and the State of Tennessee it is vital for us to make payments with an ACH (Automated Clearing House) or direct deposit method similar to a wire transfer. Please complete the ACH form that you may find at http://www.tennessee.gov/tenncare/pro-ach.html. Please send completed forms to the Bureau of TennCare. Please include your NPI or provider number on your form.

Bureau of TennCare
Division of Budget/Finance
C/O ACH Project Coordinator, 4-East
310 Great Circle Road
Nashville, TN 37243

Fax: (615) 532-3479

Please Note: Claims will deny for EOB 222 "Recipient name does not match TennCare Number, if the member name and number on your claim does not exactly match the member name and number that TennCare has on file.

# Invoice

Aging Commission of the Mid-South
2670 Union Ave. Ext., Suite 1000, 10th Floor
Memphis
TN   38112-4416

Invoice No.
9ln353ra510
Invoice Date:
06/15/10

| Billing Period | 06/01/10 | 06/30/10 |
| --- | --- | --- |

**Assistant Home Health Care**
3155 Hickory Hill Road Suite 202M
Memphis          TN        38115

Provider Number: H445353

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 10 | Respite - In-Home | $4.07 | 218 | $887.26 | $0.00 | $887.26 |
| 14 | Personal Care Attendant | $4.37 | 336 | $1,468.32 | $0.00 | $1,468.32 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | Total Invoice | | | $2,355.58 | $0.00 | $2,355.58 |

Revised 7/10/08

\# 7,642 14

*   The Contractual Adjustment amount represents the amount by whic
    exceeds the Maximum Rate payable by TennCare.

5,268.74

_____  DIRECTOR
Signature                Title

7/15
Dat

I certify to the best of my knowledge and belief that the data
is correct and that all services were provided in accordance with the contract conditions
and that payment is due.

# Invoice

**Aging Commission of the Mid-South**
**2670 Union Ave. Ext., Suite 1000, 10th Floor**
**Memphis**
**TN   38112-4416**

Invoice No.
**9ln353hp510**
Invoice Date:
**06/15/10**

| Billing Period | 06/01/10 | 06/30/10 |
|---|---|---|

**Assistant Home Health Care**
**3155 Hickory Hill Road Suite 202M**
**Memphis          TN      38115**

**Provider Number: H445353**

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 3 | Homemaker | $20.44 | 95 | $1,941.80 | $0.00 | $1,941.80 |
| 4 | Personal Care Service | $20.52 | 163 | $3,344.76 | $0.00 | $3,344.76 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | Total Invoice | | | $5,286.56 | $0.00 | $5,286.56 |

Revised 7/10/08

\* The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate exceeds the Maximum Rate payable by TennCare.

Rashalda Malone          Director
Signature                      Title

08/04/10
Date

I certify to the best of my knowledge and belief that the data presented in this Invoice is correct and that all services were provided in accordance with the contract conditions and that payment is due.

# Invoice

**Aging Commission of the Mid-South**
2670 Union Ave. Ext., Suite 1000, 10th Floor
**Memphis**
**TN   38112-4416**

Invoice No.
9ln353hp110
Invoice Date:
02/09/10

| Billing Period | 01/01/10 | 01/31/10 |
|---|---|---|

**Assistant Home Health Care**
3155 Hickory Hill Road Suite 202M
**Memphis          TN     38115**

**Provider Number: H445353**

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 3 | Homemaker | $20.44 | 2 | $40.88 | $0.00 | $40.88 |
| 4 | Personal Care Service | $20.52 | 2 | $41.04 | $0.00 | $41.04 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | Total Invoice | | | $81.92 | $0.00 | $81.92 |

Revised 7/10/08

\* The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate exceeds the Maximum Rate payable by TennCare.

| Rashalda Malone | Director | | 02/09/10 |
|---|---|---|---|
| Signature | Title | | Date |

I certify to the best of my knowledge and belief that the data presented in this Invoice is correct and that all services were provided in accordance with the contract conditions and that payment is due.

# Invoice

Aging Commission of the Mid-South
2670 Union Ave. Ext., Suite 1000, 10th Floor
Memphis
TN   38112-4416

Invoice No.
9ln353ra110
Invoice Date:
02/09/10

| Billing Period | | 01/01/10 | 01/31/10 |
|---|---|---|---|

Assistant Home Health Care
3155 Hickory Hill Road Suite 202M
Memphis          TN          38115

Provider Number: H445353

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 10 | Respite - In-Home | $4.07 | 0 | $0.00 | $0.00 | $0.00 |
| 14 | Personal Care Attendant | $4.37 | 0 | $0.00 | $0.00 | $0.00 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | Total Invoice | | | $0.00 | $0.00 | $0.00 |

Revised 7/10/08

* The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate exceeds the Maximum Rate payable by TennCare.

Rashalda Malone          Director                              02/09/10
Signature                     Title                                   Date

I certify to the best of my knowledge and belief that the data presented in this Invoice is correct and that all services were provided in accordance with the contract conditions and that payment is due.

# Invoice

Aging Commission of the Mid-South
2670 Union Ave. Ext., Suite 1000, 10th Floor
Memphis
TN   38112-4416

Invoice No.
9ln353ra110
Invoice Date:
02/09/10

| Billing Period | 01/01/10 | 01/31/10 |
|---|---|---|

**Assistant Home Health Care**
**3155 Hickory Hill Road Suite 202M**
**Memphis          TN        38115**

**Provider Number: H445353**

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 10 | Respite - In-Home | $4.07 | 0 | $0.00 | $0.00 | $0.00 |
| 14 | Personal Care Attendant | $4.37 | 0 | $0.00 | $0.00 | $0.00 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | Total Invoice | | | $0.00 | $0.00 | $0.00 |

Revised 7/10/08

\*    The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate
exceeds the Maximum Rate payable by TennCare.

Rashalda Malone          Director
Signature                       Title

2/9/10
02/09/10
Date

I certify to the best of my knowledge and belief that the data presented in this Invoice
is correct and that all services were provided in accordance with the contract conditions
and that payment is due.

# ASSISTANT HOME HEALTH CARE
## 3155 HICKORY HILL ROAD
## SUITE 202 M
## MEMPHIS, TN 38115
## (901)746-9799

### FACSIMILE TRANSMITTAL SHEET

| TO: Cinder Jones | FROM: Rashalda |
|---|---|
| COMPANY: Aging Commission | DATE: 2/9/2010 |
| FAX NUMBER: 901 327-7755 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: 901 324-6333 | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

# Invoice

**Aging Commission of the Mid-South**
**2670 Union Ave. Ext., Suite 1000, 10th Floor**
**Memphis**
**TN   38112-4416**

Invoice No.
**9ln353hp110**
Invoice Date:
**02/09/10**

| Billing Period | 01/01/10 | 01/31/10 |
|---|---|---|

**Assistant Home Health Care**
**3155 Hickory Hill Road Suite 202M**
**Memphis          TN      38115**

**Provider Number: H445353**

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 3 | Homemaker | $20.44 | 2 | $40.88 | $0.00 | $40.88 |
| 4 | Personal Care Service | $20.52 | 2 | $41.04 | $0.00 | $41.04 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | Total Invoice | | | $81.92 | $0.00 | $81.92 |

Revised 7/10/08

\* The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate exceeds the Maximum Rate payable by TennCare.

Rashalda Malone          Director
Signature                Title

2/9/10
02/09/10
Date

I certify to the best of my knowledge and belief that the data presented in this Invoice is correct and that all services were provided in accordance with the contract conditions and that payment is due.

```
                         ********************
                   ***   TX REPORT   ***
                         ********************


      TRANSMISSION OK

      TX/RX NO              1261
      DESTINATION TEL #     3277755
      DESTINATION ID
      ST. TIME             02/09 16:13
      TIME USE             00'23
      PAGES SENT            3
      RESULT               OK
```

# ASSISTANT HOME HEALTH CARE
## 3155 HICKORY HILL ROAD
## SUITE 202 M
## MEMPHIS, TN 38115
## (901)746-9799

### FACSIMILE TRANSMITTAL SHEET

| TO: Cinder Jones | FROM: Rashalda |
|---|---|
| COMPANY: Aging Commission | DATE: 2/9/2010 |
| FAX NUMBER: 901 327-7755 | TOTAL NO. OF PAGES INCLUDING COVER: 3 |
| PHONE NUMBER: 901 324-6333 | SENDER'S REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

☐ URGENT    ☐ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY    ☐ PLEASE RECYCLE

NOTES/COMMENTS:

# Invoice

Aging Commission of the Mid-South
2670 Union Ave. Ext., Suite 1000, 10th Floor
Memphis
TN   38112-4416

Invoice No.
9ln353hp210
Invoice Date:
03/12/10

| Billing Period | 02/01/10 | 02/28/10 |
|---|---|---|

Assistant Home Health Care
3155 Hickory Hill Road Suite 202M
Memphis              TN       38115

Provider Number: H445353

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 3 | Homemaker | $20.44 | 16 | $327.04 | $0.00 | $327.04 |
| 4 | Personal Care Service | $20.52 | 24 | $492.48 | $0.00 | $492.48 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | Total Invoice | | | $819.52 | $0.00 | $819.52 |

Revised 7/10/08

\* The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate
exceeds the Maximum Rate payable by TennCare.

Rashalda Malone          Director                              03/12/10
Signature                        Title                          Date

I certify to the best of my knowledge and belief that the data presented in this Invoice
is correct and that all services were provided in accordance with the contract conditions
and that payment is due.

# Invoice

Aging Commission of the Mid-South
2670 Union Ave. Ext., Suite 1000, 10th Floor
Memphis
TN   38112-4416

Invoice No.
9ln353ra210
Invoice Date:
03/12/10

| Billing Period | 02/01/10 | 02/28/10 |
|---|---|---|

Assistant Home Health Care
3155 Hickory Hill Road Suite 202M
Memphis          TN        38115

Provider Number: H445353

| Serv Code | Service Provided | UCR Rate | Units | Total UCR | Contractual Adjust * | Payment Amount |
|---|---|---|---|---|---|---|
| 10 | Respite - In-Home | $4.07 | 0 | $0.00 | $0.00 | $0.00 |
| 14 | Personal Care Attendant | $4.37 | 0 | $0.00 | $0.00 | $0.00 |
| 0 | | $0.00 | 0 | | | $0.00 |
| | Total Invoice | | | $0.00 | $0.00 | $0.00 |

Revised 7/10/08

\*    The Contractual Adjustment amount represents the amount by which your Usual & Customary Rate
exceeds the Maximum Rate payable by TennCare.

| Rashalda Malone | Director | | 03/12/10 |
|---|---|---|---|
| Signature | | Title | Date |

I certify to the best of my knowledge and belief that the data presented in this Invoice
is correct and that all services were provided in accordance with the contract conditions
and that payment is due.

# Assistant Home Health Care

3155Hickory Hill Road-Suite 202m
Memphis, TN. 38115

Phone Number (901)746-9799
Fax Number (901) 746-9829

Web Address
Email: Kendrabasped@yahoo.com

FAX TRANSMITTAL FORM

3/24/10

To:
Name: CINDER
CC: JONES
Phone:
Fax: (901) 327-7755

From: Kashalda w/
Date Sent: assistANt home health
Number of Pages: CARE

3

Message: INVOICE



**State of Tennessee**
Commissioner of Finance and Administration
To the Treasurer of the State of Tennessee

FA-0234 {Rev 07/08}

## State of Tennessee Remittance Advice
## Payment Made Through Automated Clearing House

**ACH Number**   0000016596

**ASSISTANT HOME HEALTH CARE**
Ste 202M
3155 Hickory Hill Rd
Memphis, TN 38115

**Account Number**        XXXXXX4891
**Deposit Effective Date** 03/05/2010
**Total Payment**         $81.92

| Payment Summary | | | | | |
|---|---|---|---|---|---|
| Vendor Number 0000121074 | | | | | |
| Agency Name | Telephone | Invoice Date | Invoice ID | Voucher Number | Paid Amount |
| **TennCare**<br>100903499 | **800/852-2683** | 03/02/2010 | 100903499 | 00090031 | 81.92 |

RUN DATE: 03/02/2010
RUN TIME: 23:42
PAGE NO: 1
RA DATE:
REMITTANCE NO: 100905499
TDHE: 66,013

ASSISTANT HOME HEALTH CARE
SUITE, MCCORY HILL
9222 N 380155-0000
MEMPHIS TN
PROVIDER NO:H4415553

TENNESSEE MEDICAL ASSISTANCE PROGRAM
REMITTANCE ADVICE

NPI:                    REMIT SEQUENCE NUMBER    1                    REMITTANCE NO: 03/05/2010
                                                                      TDHE: 66,013

PROVIDER BANNER MESSAGES

"I understand that payment and satisfaction of this claim will be from Federal and State
funds, and that any false claims, statements, documents, or concealment of a material
fact, may be prosecuted under applicable Federal and/or State laws."

At the end of the legislative session, changes were made to the methodologies TennCare
uses to make crossover payments on Medicare Part B services delivered on or after July
1, 2009. Once these payment systems have been completely reprogrammed to accommodate these
changes.   Until the re-programming has been completed, TennCare will continue to pay
using the logic in place on June 30, 2009.   Once systems changes have been tested and
implemented, effective July 1, 2009, whereas we will reprocess any claims for dates of service
on or after July 1 2009 where there would be a difference in payment amount.

In order to better serve both you and the State of Tennessee it is vital to make
payments with an ACH (Automated Clearing House) or direct deposit method similar to a
wire transfer.  Please complete the ACH form that you may find at http://www.tennessee
gov/tenncare/ach.html Please send completed forms to the Bureau of TennCare. Please
include your NPI or provider number on your form.

Bureau of TennCare
Division of Budget/Finance, 4-East
310 ACH Project Coordinator
Nashville, TN 37243

Fax: (615) 532-3479

Please Note: Claims will deny for EOB 222 "Recipient name does not match TennCare Number
, if the member name and number on your claim does not exactly match the member name and
number that TennCare has on file.

Reminder: Effective February 1, 2010, all PAEs and PASRRs MUST BE SUBMITTED
electronically. For long term care and MDS providers on January 8, 2010 if you did not receive a
copy of the memo, please contact the Division of Long Term Care. 1-877-224-0219.

ASSISTANT HOME HEALTH CARE
3055 E HICKORY HILL
SUITE 202 M
MEMPHIS, TN 38115-0000
PROVIDER NO: HOME353
PROVIDER NO: 16

TENNESSEE REMITTANCE ADVICE

TENNESSEE MEDICAL ASSISTANCE PROGRAM

NPI:                    REMIT SEQUENCE NUMBER    1

RUN DATE: 03/02/2010
RUN TIME: 23:46
PAGE NO: 1
PAGE: 26
REMITTANCE DATE: 03/05/2010
RITTANCE NO: 10905499
TDHE: 66,014

CLAIM TYPE NO: HOME-BASED SERVICES

ADJUDICATED CLAIMS

| LINE | RECIPIENT ID FROM THRU | RECIPIENT NAME UNITS/PROC/MOD/DE | DESCRIPTION | CONTRL NUMBER | PATIENT BILLED | CNTL NMBER REIMB | MYR NUMBER PAYABLE | OTH-DED | PAYMENT HICN | STATUS |
|------|------|------|------|------|------|------|------|------|------|------|
| | 110270679714 | BEACH, 2 S6L30 U4 | | | | | | | 425529819D | |
| 1 | 01252010 01252010 | THIRD PARTY 0.00 | HOMAKER SERVICE 9000000800054936 | DE801 | 40.88 | 40.88 | 40.88 | | | PAID |
| | | | CLAIM TOTAL | | 40.88 | 40.88 | 40.88 | 0.00 | 40.88 | |
| | 110270679714 | BEACH, 2 S9122 U2 | | | | | | | 425529819D | |
| 1 | 01252010 01252010 | THIRD PARTY 0.00 | HOME HEALTH AIDE 9000000000054937 | | 41.04 | 41.04 | 41.04 | | | PAID |
| | | | CLAIM TOTAL | | 41.04 | 41.04 | 41.04 | 0.00 | 41.04 | |

ADJUDICATED CLAIMS TOTALS      2          81.92     81.92     81.92    0.00    81.92

RUN DATE: 03/02/2010
RUN TIME: 23:46
PAGE NO:
RETURN NO: 03/053010
REMITTANCE NO: 10905499
TDHE: 66,015

ASSISTANT HOME HEALTH CARE
SITE: HICKORY HILL
SUITE 502 N
MEMPHIS TN 38115-0000
PROVIDER NO: H448565

NPI:

TENNESSEE MEDICAL ASSISTANCE PROGRAM
REMITTANCE ADVICE

REMIT SEQUENCE NUMBER  1

## SUMMARY

| | CURRENT NUMBER | CURRENT AMOUNT | YEAR-TO-DATE NUMBER | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|
| ----------CLAIMS DATA---------- | | | | |
| CLAIMS PAID | 2 | 81.92 | 2 | 81.92 |
| TOTAL CLAIMS ADJUSTMENTS DEBITS | 0 | 81.92 | 0 | 81.92 |
| CLAIMS PENDED | 0 | | | |

----EARNINGS DATA----

| | | CURRENT AMOUNT | | YEAR-TO-DATE AMOUNT |
|---|---|---|---|---|
| PAYMENTS: | | | | |
| CLAIMS PAYMENTS | | 81.92 | | 81.92 |
| SYSTEM PAYOUTS | | 0.00 | | 0.00 |
| ACCOUNTS RECEIVABLE RECOUPMENTS: | | | | |
| CLAIM SPECIFIC FROM CURRENT CYCLE | | 0.00 | | 0.00 |
| CLAIM SPECIFIC FROM PREVIOUS CYCLES | | 0.00 | | 0.00 |
| OUTSTANDING | | 0.00 | | 0.00 |
| NON-CLAIM SPECIFIC RECOUPMENTS | | 0.00 | | 0.00 |
| NET PAYMENT | | 81.92 | | 81.92 |
| REFUNDS: | | | | |
| CLAIM SPECIFIC REFUNDS APPLIED | | 0.00 | | 0.00 |
| NON CLAIM SPECIFIC REFUNDS APPLIED | | 0.00 | | 0.00 |
| OTHER FINANCIAL: | | | | |
| MANUAL PAYOUTS | | 0.00 | | 0.00 |
| CHECK VOIDS | | 0.00 | | 0.00 |
| NET EARNINGS | | 81.92 | | 81.92 |

TDHE    66,012

H445353
ASSISTANT HOME HEALTH CARE
3155 HICKORY HILL
SUITE 202 M
MEMPHIS, TN 38115-0000