IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BILLY WAYNE BOYD and ) | |
| HEARDIA SEN BOYD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 11-2616-STA-cgc |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the United States Magistrate Judge' Report and Recommendation on Defendant State Farm Fire and Casualty Company's Motion for Partial Summary Judgment (D.E. # 28) filed on November 8, 2012. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before November 22, 2012. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendant's Motion for Partial Summary Judgment is **GRANTED**.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: January 3rd, 2013.