# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | | |
|---|---|---|
| BILLY WAYNE BOYD and<br>HEARDIA SEN BOYD,<br><br>      Plaintiff,<br><br>v.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 11-2616-STA-cgc |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge' Report and Recommendation on Defendant State Farm Fire and Casualty Company's Motion for Partial Summary Judgment (D.E. # 28) filed on November 8, 2012. Objections to the Report and Recommendation were due within fourteen (14) days of the entry of the Report, making the objections due on or before November 22, 2012. Neither party has filed objections within the time permitted.

Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, the parties' briefs, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report. Defendant's Motion for Partial Summary Judgment is **GRANTED**.

    IT IS SO ORDERED.

                                            s/ S. Thomas Anderson
                                            S. THOMAS ANDERSON
                                            UNITED STATES DISTRICT JUDGE

                                            Date: January 3rd, 2013.