IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| BILLY WAYNE BOYD and ) | |
| HEARDIA SEN BOYD, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | No. 2:11-cv-02616 |
| ) | |
| STATE FARM FIRE AND CASUALTY ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties have jointly stated to the Court that all issues between and among the Plaintiffs and Defendant have been resolved by way of compromise. The parties jointly requested that the Court enter a judgment of dismissal with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the action brought by Billy Wayne Boyd and Heardia Sen Boyd against State Farm Fire and Casualty Company be and is hereby dismissed with prejudice.

IT IS SO ORDERED.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES DISTRICT JUDGE

Date: February 26, 2013