*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

| | |
|---|---|
| **BILLY WAYNE BOYD and HEARDIA SEN BOYD** | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| **STATE FARM FIRE AND CASUALTY COMPANY** | **CASE NO: 11-2616-A** |

---

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Order Of Dismissal With Prejudice entered on February 26, 2013, this cause is hereby dismissed with prejudice.


APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

DATE: 2/27/2013

                                           THOMAS M. GOULD
                                           Clerk of Court


                                           s/Terry L. Haley
                                        (By)  Deputy Clerk